IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE ROSALES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 8:13CV345 ) ) ORDER OF RECUSAL |
| JC CHRISTENSEN & ASSOCIATES, INC.; RIVERVIEW LAW OFFICE, PLLC; and LAW OFFICE OF PATRICK M. HENG, ESQ., | ) ) ) ) ) |
| Defendants. | ) |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the complaint filed in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

**IT IS SO ORDERED.**

Dated this 25th day of November 2013.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge