IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MERIDIAN RAIL ACQUISITION CORP d/b/a GREENBRIER RAIL SERVICES, and JOHN DOE CORPORATION(S) 1 through 50, REAL NAMES UNKNOWN,<br><br>　　　　Defendants. | Case No. 8:13cv325<br><br><br>**ORDER** |

　　　This case is before the court on the filing of the Status Report to Court (#29), advising that the parties have reached a settlement.

　　　**IT IS ORDERED:**

　　　1.　On or before **July 21, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

　　　2.　Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

　　　3.　The Rule 16 planning conference set for May 23, 2014, is cancelled upon the representation that this case is settled.

　　　Dated: May 22, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　United States Magistrate Judge