IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,**<br><br>Plaintiff,<br><br>vs.<br><br>**MERIDIAN RAIL ACQUISITION CORP.,** d/b/a Greenbrier Rail Services; and **JOHN DOE CORPORATION(S) 1 THROUGH 50**, real names unknown;<br><br>Defendants. | CASE NO. 8:13CV325<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 31). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that it should be approved. The above-captioned action will be dismissed with prejudice, with each party to pay its own costs. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation of Dismissal with Prejudice (Filing No. 31) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. Each party will pay its own costs.

Dated this 22nd day of July, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge